IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL CERVANTES**                                                                                   **PLAINTIFF**
**ADC #601673**

**V.**                                   **CASE NO.  3:20-cv-00237 JM**

**FOWLER FOODS, INC.,** *et al*.                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 14th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE